Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

Attorneys for Plaintiff Dallas Faulkner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS FAULKNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD G. WOLFORD, *et al.*,<br><br>Defendants. | Case No. C 11-00326 CW<br><br>**CERTICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

I, Linda M. Fong, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On April 6, 2011, I served the below parties with the following document:

**CASE MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED CIVIL CASE**

| | |
|---|---|
| Gregory D. Call<br>Crowell & Moring<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>gcall@crowell.com | Paul Collins<br>Jacob Allen Walker<br>Gibson Dunn<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>pcollins@gibsondunn.com<br>jwalker@gibsondunn.com |
| Peter E. Kazanoff<br>Simpson Thacher<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>pkazanoff@stblaw.com | Mark P. Gimbel<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>mgimbel@cov.com |
| Peter D. Bull<br>Bull & Lifshitz, LLP<br>18 E. 41st Street<br>New York, NY 10017<br>pdb.bull.lifshitz@verizon.net | Joshua M. Lifshitz<br>Bull & Lifshitz, LLP<br>18 East 41st Street<br>New York, NY 10017<br>jml.bull.lifshitz@verizon.net |

_____ XXX   (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed April 6, 2011 at San Francisco, California.

_____
Linda M. Fong

CERTICATE OF SERVICE OF CASE MANAGEMENT
SCHEDULING ORDER FOR REASSIGNED CIVIL CASE           Case No. C 11-00326 CW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALLAS FAULKNER,

    Plaintiff,

  v.

RICHARD G. WOLFORD, et al.,

    Defendants.
_____/

No. C 11-00326 CW

CASE MANAGEMENT
SCHEDULING ORDER FOR
REASSIGNED CIVIL
CASE

    This action having been reassigned to the undersigned judge,

    IT IS HEREBY ORDERED that a Case Management Conference will be held on **Tuesday, May 24, 2011, at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference (see attached Standing Order for All Judges of the Northern District of California).

    Plaintiff is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

1    This case has been designated for the Court's Electronic Case
2 Filing (ECF) Program.  Pursuant to General Order 45, each attorney of
3 record is obligated to become an ECF user and be assigned a user ID
4 and password for access to the system.  All documents required to be
5 filed with the Clerk shall be filed electronically on the ECF website,
6 except as provided otherwise in section VII of General Order 45 or
7 authorized otherwise by the court.
8    IT IS SO ORDERED.

10 Dated:  April 6, 2011

   *[signature: Claudia Wilken]*
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

(Rev. 10/10/07)