GIBSON, DUNN & CRUTCHER LLP
PAUL J. COLLINS, SBN 187709
pcollins@gibsondunn.com
JACOB A. WALKER, SBN 271217
jwalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Richard G. Wolford, Mary R.
Henderson, Timothy G. Bruer, Samuel H. Armacost,
Terence D. Martin, Joe L. Morgan, David R.
Williams, Victor L. Lund, Sharon L. McCollam

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALLAS FAULKNER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD G. WOLFORD, MARY R. HENDERSON, TIMOTHY G. BRUER, SAMUEL H. ARMACOST, TERENCE D. MARTIN, JOE L. MORGAN, DAVID R. WILLIAMS, VICTOR L. LUND, SHARON L. MCCOLLAM, BLUE MERGER SUB INC., BLUE ACQUISITION GROUP, INC., DEL MONTE FOODS COMPANY,<br><br>Defendants | CASE NO. 4:11-CV-00326 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Dallas Faulkner, and defendants Del Monte Foods Company ("Del Monte"), Blue Acquisition Group, Inc., Richard G. Wolford, Mary R. Henderson, Timothy G. Bruer, Samuel H. Armacost, Terence D. Martin, Joe L. Morgan, David R. Williams, Victor L. Lund, Sharon L. McCollam (the "Director Defendants") in *Faulkner v. Wolford, et al.,* No. C 11-00326 CW (the "*Faulkner* Case"), by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order seeking a nine week continuance of the Case Management Conference and other associated deadlines set forth in the Court's April 6, 2011 order in the *Faulkner* Case scheduling a Case Management Conference for May 24, 2011.[1]

WHEREAS, plaintiff filed a Motion to Appoint Lead Plaintiff and Lead Counsel and to Consolidate *Heintz v. Wolford, et al.,* No. 10-CV-5789 CW and the *Faulkner* Case on April 11, 2011; and

WHEREAS, the Court is currently scheduled to hear that motion on June 2, 2011; and

WHEREAS, plaintiff anticipates that the lead plaintiff to be appointed by the Court will file a consolidated amended complaint following the June 2, 2011 hearing; and

WHEREAS, the parties are unaware of any other deadlines pending in this action that would be adversely affected by this Stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, subject to the approval of the Court, by and between the parties to this case, that:

1. The Case Management Conference, presently scheduled for May 24, 2011, is continued to July 26, 2011 and the last day to file the case management statement is continued to July 19, 2011; and

2. Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended until a date to be agreed upon by the parties, or set by the Court, following the appointment of a lead plaintiff.  The parties shall negotiate in good faith to reach agreement on a schedule for the

---

[1] On April 5, 2011 the Court also issued an order in the related case *Heintz v. Wolford, et al.,* No. 10-CV-5789 CW adjourning that Case Management Conference and other associated deadlines until May 24, 2011.  Because no defendant has been served in that matter, it is not the subject of this stipulation.

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

CASE NO. 4:11-cv-00326 CW

1   filing of an amended complaint and answer following the selection of lead plaintiff and, to the extent

2   agreement is reached, shall submit a proposed stipulation to the Court together with the case

3   management statement.  If the parties are unable to reach agreement on a schedule for responding to

4   the amended complaint, they shall jointly notify the Court in advance of the Case Management

5   Conference.

6

7   DATED:  May 3, 2011                    GIBSON, DUNN & CRUTCHER LLP

8
                                          By: _____/s/ Paul J. Collins_____
9                                                        Paul J. Collins

10                                        Attorneys for the Director Defendants Richard G.
                                          Wolford, Mary R. Henderson, Timothy G. Bruer,
11                                        Samuel H. Armacost, Terence D. Martin, Joe L.
                                          Morgan, David R. Williams, Victor L. Lund, Sharon L.
12                                        McCollam

13
     DATED:  May 3, 2011                   COVINGTON & BURLING LLP
14

15                                         By: _____/s/ Mark P. Gimbel_____
                                                        Mark P. Gimbel
16

17                                         Attorneys for Defendant Del Monte Foods Company

18

19   DATED:  May 3, 2011                   SIMPSON THACHER & BARTLETT LLP

20
                                           By: _____/s/ Harrison J. Frahn IV_____
21                                                       Harrison J. Frahn IV

22                                         Attorneys for Defendant Blue Acquisition Group, Inc.

23
     DATED:  May 3, 2011                   KAPLAN FOX & KILSHEIMER LLP
24

25                                         By: _____/s/ Linda M. Fong_____
                                                        Linda M. Fong
26

27                                         Attorneys for Plaintiff Dallas Faulkner

28

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____**May 4**_____, 2011                    _____

5

The Honorable Claudia Wilken
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

By: _____ /s/ Jacob A. Walker_____
Jacob A. Walker

100958250_2.DOC

Gibson, Dunn &
Crutcher LLP

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER CONTINUING                    CASE NO. 4:11-cv-00326 CW
CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES